UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR04-389-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| SHIMITRA RUSHONDA ELLIS, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 7, 2010.  The United States was represented by Assistant United States Attorney Steven Masada, and the defendant by Peter Camiel.

The defendant had been charged and convicted of Bank Fraud, in violation of 18 U.S.C. §§ 1344 and 2.  On or about September 27, 2005 defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 48 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $164,489.49 restitution, search, no new lines of credit, no ID other than in true legal name; and no association with persons with a criminal record including family and friends.

In a Petition for Warrant or Summons, dated February 2, 2010, U.S. Probation Officer

Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

(1) Committing the crimes of First Degree Identity Theft (one count), Forgery (seven counts), and Second Degree Theft (seven counts), beginning on or about September 4, 2009 and continuing until on or about December 2009, in violation of the standard condition that the defendant not commit any federal, state or local crimes.

(2) Using another person's social security umber on or about September 4, 2009, in violation of the special condition that the defendant not obtain or possess any driver's license, social security number, birth certificate, passport or any other form of identification in any other name other than her true legal name.

The defendant was advised of her rights, acknowledged those rights, and admitted to the alleged violations 2. Defendant further admitted to violation 1 as modified:

(1) Committing the crimes of First Degree Identity Theft (one count) and Forgery (seven counts), beginning on or about September 4, 2009 and continuing until on or about December 2009, in violation of the standard condition that the defendant not commit any federal, state or local crimes.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to violations numbers 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on June 25, 2010 at 9:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 7th day of June, 2010.

*James P. Donohue*
―――――――――――――
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Mr. Steven Masada
     Defendant's attorney:     Mr. Peter Camiel
     Probation officer:        Ms. Jennifer J. Tien

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 3